# In the United States Court of Federal Claims

**No. 05-1360C**
**(Filed: February 21, 2006)**

* * * * * * * * * * * * * * * * *
*
**PARAGOULD ASSOCIATES, I, LP,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

## ORDER ON MOTION

The parties' joint motion, filed February 16, 2006, for a stay of proceedings in the above-captioned case until after 14 days after the conclusion of ADR proceedings in the related cases is **GRANTED**. Accordingly, the above-captioned case is **STAYED**. The parties shall file a joint status report within 14 days after the close of ADR proceedings in the related cases.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge

cc: ADR Judge Horn